IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ESTUS JAMES SMITH # K2465                                                      PLAINTIFF

VS.                                                                CIVIL CASE NO. 4:04CV195LN

CHRISTOPHER B. EPPS, ET AL                                                 DEFENDANTS

ORDER

Upon motion of plaintiff Estus James Smith to dismiss defendants Joey Fairchild, Willie Ruffin, Anthony Anderson, Angela Carter and Darrian Yates, IT IS HEREBY ORDERED AND ADJUDGED that these named defendants be dismissed from this case.

ORDERED AND ADJUDGED this the 13th day of January, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE